**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL L. HOSTETLER and STRATEGIC BUSINESS PARTNERS, LLC,<br><br>Defendants. | ) | Case No. 04 C 1606<br><br>Judge Kocoras<br><br>Magistrate Judge Ashman |

**DEFENDANT DANIEL HOSTETLER'S**
**MOTION TO CONFIRM ARBITRATION AWARD**

Defendant, Daniel L. Hostetler ("Hostetler"), by and through his attorneys, respectfully moves, pursuant to 9 U.S.C.A. Sec. 9, for entry of an Order confirming the Award entered in his favor and against George S. May International Company, Inc. ("May"), by a three member panel of the American Arbitration Association in the matter of George S. May International Co., Inc. v. Daniel Hostetler, No. 51 51-116-01339-04 ("the Arbitration Proceeding"). The Award was received by the parties on December 8, 2005. Thereafter, on January 7, 2006, May filed an Application for Clarification of the Award. On January 24, 2006, the Arbitration Panel issued its Disposition of Application for Clarification of Award ("Disposition"). Copies of the Award and the Disposition are attached hereto and incorporated herein by reference. In support of its Motion, Hostetler further states as follows.

1. On May 28, 2004, this Court entered an Order in this matter staying proceedings pending the arbitration of claims between Hostetler and May pursuant to two employment agreements containing arbitration provisions. Copies of those agreements are of record in this

case. Each of the agreements provides that an award entered by the arbitrators "shall be final, binding, and conclusive upon the parties hereto and judgment on the finding or decision rendered may be entered in the Court of the forum, state or federal, having jurisdiction." This Court already has jurisdiction of the parties and the instant Motion is properly brought before it.

2. May filed its Demand for Arbitration with the American Arbitration Association ("AAA") on or about July 27, 2004. Thereafter, in accordance with the procedures established under the arbitration agreements and the rules of the AAA, a panel of three arbitrators was selected as follows: S. Elaine McChesney, Esq. (Chair); Thomas P. Sullivan, Esq.; and Paul T. Julian, Esq. Ms. McChesney is a member of the Law Faculty of Northwestern University Law School; Mr. Sullivan is a partner at Jenner & Block. Mr. Julian is a sole practitioner.

3. An evidentiary hearing in the Arbitration Proceeding was held before the arbitrators on November 9 and 11, 2005, and closing arguments were made on November 15, 2005.

4. As reflected in the Award, the Arbitrators found in favor Hostetler and against May on all claims asserted by May. Further, as reflected in the Disposition, the Arbitrators awarded attorney's fees and costs to Hostetler in the amount of $24,804.26, and held such amount to have been due and owing as of January 7, 2006.

5. All obligations imposed upon Hostetler by the Award, including his payment of his share of the administrative costs of the Arbitration, have been fully satisfied.

**WHEREFORE**, pursuant to the terms of the arbitration agreements between them and 9 U.S.C.A. Sec. 9, Daniel Hostetler respectfully prays that the Award, as clarified by the Disposition, be confirmed and that Judgment in his favor and against George S. May International Co., Inc., be entered thereon.

Stephen A. Gorman
Attorney at Law
325 N. LaSalle St., Suite 450
Chicago, IL 60610
(312) 822-0200

William T. McGrath LLC
Davis McGrath
125 S. Wacker Dr., Suite 1700
Chicago, IL 60606
(312) 332-3033

______________________________
One of the Attorneys for Defendants