# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| George S. May International Co. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 04 C 1606 |
| Daniel Hostetler et al | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that all claims and counterclaims that were or that could have been asserted by any party against any other party herein, are dismiss with prejudice, each party to bear its own costs and attorneys' fees except as may otherwise be agreed between or among them.

Michael W. Dobbins, Clerk of Court

Date: 3/8/2006    /s/ Stephen C. Tokoph, Deputy Clerk